IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ODELL HAMPTON                                                    PLAINTIFF

VS.                     CASE NO. 5:07CV00056 JMM

KIM LUCKETT, et al.                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendants is hereby dismissed with prejudice for failure to state a claim.

SO ADJUDGED this 4th day of June, 2007.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE